UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
CAROLYN D. MASSENGALE-HASAN, : CASE NO. 1:12-CV-00029
:
      Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc. No. 1]
:
JUDGE PAMELA A. BAKER, *et al.*, :
:
      Defendants. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


Date: April 17, 2012

                                                    s/   James S. Gwin
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE